## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION ) ) ) | CASE NO.:  1:24-cv-00816 |
| Plaintiff, ) ) ) | JUDGE:  CHARLES E. FLEMING |
| -vs- ) ) ) | |
| PISON STREAM SOLUTIONS, INC., and JOSEPH JAMES, JR., ) ) ) ) | |
| Defendants, ) ) ) | |
| -and- ) ) | **DEFENDANTS' AND RELIEF DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT.** |
| GENACTS LLC and SOISI LLC, ) ) | |
| Relief Defendants. ) ) | |

**NOW COMES THE DEFENDANTS AND THE RELIEF DEFENDANTS**, by and through their undersigned counsel, and hereby request that this Honorable Court grant the Defendants and Relief Defendants an additional 28-day extension of time, pursuant to Federal Rule of Civil Procedure 6, through and including October 23, 2024, to answer the Plaintiff's Complaint.  This request is made in good faith and is not interposed for the purpose of delay, but rather because the above-captioned matter concerns complex matters of fact and law involving an voluminous record, which the undersigned is still reviewing in preparation of Defendants response.

1

The Defendants' and Relief Defendants' undersigned counsel has spoken with counsel for the United States Securities and Exchange Commission regarding this request, who has indicated no objection.

**WHEREFORE**, for the foregoing reasons, the Defendants and Relief Defendants respectfully request a 28-day extension of time to answer the Plaintiff's Complaint.

Dated:  September 25, 2024

**THE CALKINS LAW FIRM, LTD.**

_____
Robert E. Adelman (OSC No. 0070262)
THE CALKINS LAW FIRM, LTD.
100 North Main Street, Suite No. 235
Chagrin Falls, Ohio  44022
Telephone:  (440) 589-6900
Facsimile:  (440) 589-6902
radelman@calkinslawfirm.com
*Attorney for the Defendants*
*and the Relief Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a good and true copy of the foregoing ***Defendants' and Relief Defendants' Second Motion for Extension of Time to Answer the Plaintiff's Complaint*** was filed electronically **on this 25th day of September, 2024**. Notice of this filing will be sent by operation of the Court's electronic filing system to all Parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
Robert E. Adelman (OSC No. 0070262)
THE CALKINS LAW FIRM, LTD.
***Attorney for the Defendants
and the Relief Defendants***